**DISMISS and Opinion Filed April 14, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01106-CV

### IN THE INTEREST OF J.C.F. AND R.J.F., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-00453**

## MEMORANDUM OPINION
Before Justices Bridges, Pedersen, III, and Evans
Opinion by Justice Evans

Appellant's brief in this case is overdue. By postcard dated February 14, 2020, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/David Evans/
DAVID EVANS
JUSTICE

191106F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

IN THE INTEREST OF J.C.F. AND
R.J.F., CHILDREN

No. 05-19-01106-CV

On Appeal from the 255th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-19-00453.
Opinion delivered by Justice Evans.
Justices Bridges and Pedersen, III
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered April 14, 2020